Submitted February 26, reversed and remanded April 1, petition for review denied July 30, 2015 (357 Or 596)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOSEPH LUIS SHELLHART,
*Defendant-Appellant.*

Washington County Circuit Court
D130572M; A155008

346 P3d 1312

Peter Gartlan, Chief Defender, and Kyle Krohn, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and James Aaron, Assistant Attorney General, filed the brief for respondent.

Before Duncan, Presiding Judge, and Lagesen, Judge, and Flynn, Judge.

PER CURIAM

Reversed and remanded. *State v. Jimenez*, 263 Or App 150, 326 P3d 1222, *rev allowed*, 356 Or 397 (2014).